UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

[ON REMOVAL FROM IN THE CIRCUIT COURT OF THE 11th JUDICIAL
CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA
**CASE NO.** 2019-009404-CA-01]

CARLOS YELA,                                                            Case No._____

      Plaintiff,

v.

TRENDING MEDIA GROUP, INC.,
a Florida Profit Corporation,
SARAH LABRADOR, individually,
ISMAEL LABRADOR, individually,
KUATROLEAP, INC.
a Florida Profit Corporation,
DIANELYS CALA PEREZ, individually,
JOLIE PLASTIC SURGERY, INC.,
A Florida Profit Corporation, and
CARIDAD M PIMENTEL, individually,

      Defendants.
_____/

## **PETITION FOR REMOVAL**

Defendants, Jolie Plastic Surgery, Inc., Trending Media Group, Inc., and Kuatroleap, Inc. (hereinafter "Defendants"), by and through undersigned counsel and pursuant to 28 U.S.C. **§§** 1331, 1367, 1441 and 1446, hereby removes this action currently pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

The removal of this action is upon the following:

1. On or about March 27, 2019 Plaintiff filed his Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida entitled *CARLOS YELA vs. TRENDING MEDIA GROUP, INC., SARAH LABRADOR,  ISMAEL LABRADOR, KUATROLEAP, INC., DIANELYS CALA PEREZ,  JOLIE PLASTIC SURGERY, INC.,*

and CARIDAD M PIMENTEL., Case No. 2019-009404-CA-01 (hereinafter referred to as the "State Court Action"). A true and correct copy of all documents that were filed in the State action are attached hereto as Exhibit A, and are incorporated herein by reference pursuant to Rule 10(c), Federal Rules of Civil Procedure.

2. A copy of the State action was served on Defendant Jolie Plastic Surgery, Inc., on or about April 11, 2019. This constituted Defendant's first legal notice of the State action for purposes of removal.

3. The Complaint seeks damages pursuant to the federal Fair Labor Standards Act 29 U.S.C. § 201-219 ("FLSA").

4. This is a civil action over which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the FSLA, laws of the United States.

5. Under federal question jurisdiction, the United States district courts "have original jurisdiction over all civil actions arising under federal law." *See* 28 U.S.C. § 1331. Any civil case filed in state court may be removed by defendants to federal court if the case could have been brought originally in federal court. *See Ayers v. Gen Motors Corp.*, 234 F.3d 514, 517 (11th Cir. 2000); *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353,1356 (11th Cir. 1966). Furthermore, under 28 U.S.C. § 1441(c), where a removable claim or a cause of action is joined with one or more otherwise non-removable claims for causes of action, "the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph (B)". *See also* 28 U.S.C. § 1367; *Vitola v. Paramount Automated Food Services, Inc.*, 2009 WL 3242011, at *5 (S.D. Fla. Oct. 6, 2009) (court has supplemental jurisdiction over state law minimum wage claim in FLSA action).

6. For the reasons stated above, this action is removable to this Court pursuant to the provision of 28 U.S.C. § 1441.

7. This petition for removal is filed within thirty (30) days after the date on which the Defendant first received notice of the Circuit Court action. See 28 U.S.C. § 1446(b).

8. Defendants have, simultaneously with the filing of this Notice, given written notice of the filling of this notice to Plaintiff as required by 28 U.S.C. § 1446 (d).

9. A copy of this Notice has been simultaneously filed with the Clerk of the Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446 (d).

10. Plaintiff's Complaint also alleges a claim for unpaid minimum wages pursuant to the Florida Minimum Wage Act, Fla. Stat. §448 *et seq*. and specifically under the provisions of Fla. Stat. § 448.110. This Court may exercise supplemental jurisdiction over Plaintiff's pendent state law claim as it arises out of the same facts and circumstances as Plaintiff's federal claim. See 28 U.S.C. § 1367 (a).

WHEREFORE, Defendants hereby removes this case to the United States District Court of the Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above has been served upon the Plaintiff's counsel, Anthony M. Georges-Pierre, Esq. at agp@rpgattorneys.com and Max L. Horowitz at mhorowitz@rgpattorneys.com on this 1st day of May, 2019.

Respectfully submitted,

**GALLARDO LAW OFFICE, P.A.**
*Attorneys for the Defendant(s)*
8492 SW 8th Street
Miami, Florida  33144
Telephone (305) 261-7000
Facsimile (786) 261-0088

By: /s/ Jesus Novo
Jesus Novo, Esq.
Florida Bar No. 989207
Email: civil@gallardolawyers.com